Hill, P. J., Bliss, Schenck and Foster, JJ., concur; Crapser, J., dissents and votes to reverse the judgment appealed from and to dismiss the complaint on the ground that the plaintiff is guilty of contributory negligence as a matter of law.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT LINK, Appellant.— Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GRADIE RAY, Appellant.— Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES HALLENBECK, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.— Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of ALLIED VAN LINES, INC., Petitioner, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.